# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIGNATURE FINANCIAL, LLC** | Case No. CV 16-3621-DMG (FFMx) |
| Plaintiff, | |
| v. | **PARTIAL JUDGMENT IN FAVOR OF PLAINTIFF SIGNATURE FINANCIAL, LLC** |
| **JOHN MCCLUNG,** | |
| Defendant. | |
| **JOHN MCCLUNG** | |
| Third-Party Plaintiff, | |
| v. | |
| **JMOS ACQUISITION, LLC,** | |
| Third-Party Defendant. | |
| **JOHN MCCLUNG,** | |
| **Counter Claimant,** | |
| **v.** | |
| **SIGNATURE FINANCIAL, LLC,** | |
| **Counter Defendant.** | |

This Court having granted Plaintiff's motion for summary judgment [Doc. # 102] and finding that there is no just reason for delay under Fed. R. Civ. P. 54(b),

IT IS ORDERED, ADJUDGED AND DECREED that partial judgment is entered in favor of Plaintiff Signature Financial, LLC and against Defendant John McClung in the amount of $958,062.18, plus per diem interest in the amount of $406.17 from August 19, 2017 through the date of entry of this Partial Judgment, plus post-judgment interest, and such reasonable attorney's fees and costs as will be determined by the Court.

**IT IS SO ORDERED.**

DATED: December 15, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE