JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGNATURE FINANCIAL, LLC, | Case No.: CV 16-3621-DMG (FFMx) |
| Plaintiff, | **FINAL JUDGMENT [126]** |
| v. | |
| JOHN MCCLUNG, | |
| Defendant. | |
| AND RELATED CROSS-CLAIMS AND THIRD-PARTY CLAIMS | |

1   IT IS ORDERED, ADJUGED AND DECREED that final judgment is entered in favor of Plaintiff Signature Financial, LLC and against defendant John McClung in the amount of $958,062.18, plus daily interest of $406.17 from August 19, 2017 through the date of entry of Partial Judgment on December 15, 2017 in the amount of $47,928.06, plus attorney's fees and costs in the amount of $263,689.41, for a grand total of **$1,269,679.65**, plus post-judgment interest from the date of entry of this Final Judgment.

**IT IS SO ORDERED.**

DATED: August 23, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1